**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LANCE NELSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2-14-CV-0020-JRG-** |
| | § | **RSP** |
| **THE KANSAS CITY SOUTHERN** | § | *Jury Trial Requested* |
| **RAILWAY COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Plaintiff Lance Nelson, Defendant The Kansas City Southern Railway Company, and Intervenor Louisiana Workers Compensation Commission give notice that all maters in controversy between the parties have been settled, in principle, and request that the Court stay for a period of three weeks any existing deadlines so that appropriate dismissal papers may be submitted.

Respectfully submitted,

**ROME, ARATA & BAXLEY, LLC**

By: /s/ *Bristol Baxley*

Bristol Baxley
State Bar No. 00787048
9307 Broadway, Suite 309
Pearland, Texas  77584
(281) 993-0000
(281) 993-0035 FAX
**ATTORNEYS FOR PLAINTIFF**

**WICKES LAW, PLLC**

By: _/s/ Paul O. Wickes_
  Paul O. Wickes
  State Bar No. 00788663
5600 Tennyson Parkway
Suite 205
Plano, Texas  75024
(972) 473-6900
(972) 767-3225 FAX
pwickes@wickeslaw.com
**ATTORNEYS FOR DEFENDANT**

**JOHNSON, RAHMAN & THOMAS**

By: _/s/ Musa Rahman_
  Musa Rahman
  LA Bar Roll No. 17104
P. O. Box 98001
2237 S. Acadian Thruway
Baton Rouge, LA 70898-8001
(225) 231-0756
(225) 231-0986
**ATTORNEYS FOR INTERVENOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all

counsel of record via the court's ECF system on September 5, 2014:

   _/s/ Paul O. Wickes_