**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

LANCE NELSON                              §
                                          §
v.                                        §
                                          §          Case No. 2:14-CV-20-JRG-RSP
                                          §
THE KANSAS CITY SOUTHERN                  §
RAILWAY COMPANY                           §

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 119).  The motion represents that the parties have reached a settlement in principle and requests a three-week stay to submit appropriate dismissal papers.  Counsel for both parties confirmed to the Court in a telephone conference that the agreement covers all material terms of the settlement, including the intervention.  Accordingly, the motion is GRANTED and this case is STAYED until September 29, 2014 for submission of a joint motion to dismiss with prejudice.

If the joint motion to dismiss is not filed timely, counsel are directed to appear for a hearing before the undersigned on **October 8, 2014 at 9:00 a.m**.

**SIGNED this 5th day of September, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE