IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LANCE NELSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2-14-CV-0020-JRG-RSP |
| § | |
| THE KANSAS CITY SOUTHERN § | |
| RAILWAY COMPANY, § | |
| § | |
| Defendant. § | |
| § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, Plaintiff Lance Nelson, Defendant The Kansas City Southern Railway Company, and Intervenor Louisiana Workers Compensation Corporation, appeared and through their respective counsel of record, informed the Court that all of Plaintiff's and Intervenor's claims against Defendant have been resolved and a settlement reached;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiff's causes of action and Intervenor's intervention be dismissed with prejudice against the refiling of same, that all costs be paid by the party incurring same, and that any and all relief not expressly granted herein is expressly denied. The Clerk of Court is directed to close this case.

**SIGNED this 9th day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE